BEFORE THE FIRST DIVISION, JANUARY 18, 1962

No. 66386.—Antonio B. Caragol and Rohner Gehrig & Co., Inc., et al. v. United States, protests 60/28873, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.

No. 66387.—J. E. Bernard & Co., Inc. v. United States, protest 60/22104–11468 (Chicago).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of hair pencils similar in all material respects to those the subject of Abstract 62951, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 18, 1962

No. 66388.—Frank Kraus and F. C. Gerlach & Co. v. United States, protests 61/3226, etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of paper needle holders the same in all material respects as those the subject of Abstract 63099, the claim of the plaintiffs was sustained.